Louis J. Miller, State Bar No. 054141
Nabil L. Abu-Assal, State Bar No. 136764
CHRISTENSEN, MILLER, FINK, JACOBS,
  GLASER, WEIL & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Plaintiff Bou-Matic, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOU-MATIC, LLC, a Wisconsin Limited Liability Corporation,<br><br>       Plaintiff,<br><br>v.<br><br>OLLIMAC DAIRY, INC., a California Corporation; TURLOCK DAIRY AND REFRIGERATION INC., a California Corporation; R. J. FULLWOOD AND BLAND LIMITED; a United Kingdom Limited Liability Co.; FULLWOOD FUSION ELECTRONICS B.V., a Netherlands Corporation; FULLWOOD LIMITED, a United Kingdom Corporation; LELY RESEARCH HOLDING AG, a foreign business entity; and LELY INDUSTRIES NV, a foreign business entity,<br><br>       Defendants. | Case No. CIV-F-05-0203 OWW (SMS)<br><br>**STIPULATION AND ORDER CONTINUING THE HEARING FOR THE MOTION TO DISMISS FULLWOOD LTD., R&J FULLWOOD AND BLAND AND FUSION ELECTRONICS, B.V., FOR LACK OF PERSONAL JURISDICTION FROM OCTOBER 17, 2005 TO FEBRUARY 20, 2006.**<br><br>SPECIAL NOTICE ---<br><br>PLEASE REVIEW ORDER PORTION, AS IT HAS BEEN CHANGED BY THE COURT. |

/ / /

/ / /

/ / /

438536

STIPULATION AND PROPOSED ORDER

CHRISTENSEN, MILLER, FINK, JACOBS, GLASER, WEIL & SHAPIRO, LLP
LAW OFFICES
10250 Constellation Boulevard
Nineteenth Floor
Los Angeles, California 90067
(310) 553-3000

1  Plaintiff Bou-Matic, LLC ("Bou-Matic"), and Defendants R.J. Fullwood and
2  Bland, Limited, Fullwood Limited, and Fullwood Fusion Electronics B.V. (collectively
3  "the Fullwood Entities"), through their respective attorneys of record, **HEREBY**
4  **STIPULATE AND AGREE AS FOLLOWS**:

5  The hearing on the Fullwood Entities' Motion to Dismiss should be continued
6  from October 17, 2005 to February 20, 2006 because the parties currently are in
7  settlement negotiations. It will take significant time for the parties to assess the various
8  options open to them.

9  By agreeing to the terms of this Stipulation, the Fullwood Entities do not intend
10 to subject themselves to the jurisdiction of the California courts in this or any related or
11 unrelated action. Nothing in this Stipulation should be construed as a waiver of any
12 rights, claims or defenses the Fullwood Entities have or may have in

22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

438536

2
STIPULATION AND PROPOSED ORDER

1  this action, including any objection to the jurisdiction of the Court, and the Fullwood
2  Entities hereby expressly retain all such rights, claims and defenses.

3
4       **IT IS SO AGREED.**
5  Dated:  November 21, 2005            **CHRISTENSEN, MILLER, FINK,**
                                         **JACOBS, GLASER, WEIL**
6                                        **& SHAPIRO, LLP**
7
8                                       By:  /s/ Nabil L. Abu-Assal
                                         Nabil L. Abu-Assal
9                                        Attorneys for Plaintiff Bou-Matic, LLC
10
11 Dated:  November 19, 2005            **BAKER & MCKENZIE, LLP**
12
13                                      By:  /s/ Stacie Strong
                                         Stacie Strong
14                                       Attorneys for Defendants
                                         R.J. Fullwood and Bland Limited,
15                                       Fullwood Limited and Fullwood Fusion
                                         Electronics, B.V.
16
17
18      **IT IS SO ORDERED**.
19 The hearing on the motion is re-set for February 26, 2006 at 10:00 a.m. as February 20,
   2006 is a federal holiday.  The hearing on Ollimac Dairy's Motion To Dismiss which
20 was noticed for February 13, 2006 is also continued to February 26, 2005 at 10:00 a.m.
   for judicial economy.
21
22
23 Dated: November _23, 2005            By: /s/ OLIVER W. WANGER
                                         Hon. Oliver W. Wagner
24                                       United States District Judge
25
26
27
28

438536

LAW OFFICES
CHRISTENSEN, MILLER, FINK, JACOBS, GLASER, WEIL & SHAPIRO, LLP
10250 Constellation Boulevard
Nineteenth Floor
Los Angeles, California 90067
(310) 553-3000