CHAMBER'S COPY



FILED
FEB  2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

1  Steven L. Rodriguez, State Bar No. 199313
   COZEN O'CONNOR
2  425 California Street, Suite 2400
   San Francisco, California 94104
3  Telephone: 415.617.6100
   Facsimile: 415.617.6101
4
   John J. Soltys, Esq., To Seek Admission Pro Hac Vice
5  COZEN O'CONNOR
   1201 Third Avenue
6  Washington Mutual Tower, Suite 5200
   Seattle, WA 98101
7  Telephone: (206) 340-1000 or (800) 423-1950
   Facsimile: 206.621.8783
8
9  Attorneys for Defendants RJ FULLWOOD &
   BLAND LIMITED; FULLWOOD LIMITED; and FUSION
10 ELECTRONICS, B.V.

11                    UNITED STATES DISTRICT COURT
12                    EASTERN DISTRICT OF CALIFORNIA
13 Bou-Matic LLC, a Wisconsin Limited Liability Corporation,  ) Case No.: CV-00203-OWW-SMS
                                                              )
14                        Plaintiff,                          ) **SUBSTITUTION OF**
                                                              ) **ATTORNEYS**
15         v.                                                 )
                                                              )
16                                                            )
   OLLIMAC DAIRY, INC., a California Corporation;            )
17 TURLOCK DAIRY AND REFRIGERATION INC., a                   )
   California Corporation; RJ FULLWOOD AND BLAND             )
18 LIMITED, a United Kingdom Limited Liability Co.; FUSION   )
   ELECTRONICS, B.V., a Netherlands Corporation;             )
19 FULLWOOD LIMITED, a United Kingdom Corporation;           )
   LELY RESEARCH HOLDING AG, a foreign business entity;      )
20 and LELY INDUSTRIES N.V., a foreign business entity,      )
                                                              )
21                        Defendant(s).

22 _____

23 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

24         Defendants RJ FULLWOOD & BLAND LIMITED; FULLWOOD LIMITED; and FUSION

25 ELECTRONICS, B.V hereby substitute the law firm of Cozen O'Connor, 425 California Street,

26 Suite 2400, San Francisco, California 94104, Tel. 415.617.6100, Fax 415.617.6101 and 1201 Third

27 Avenue Washington Mutual Tower, Suite 5200, Seattle, Washington 98101; Tel. 206.340.1000; Fax

28

SUBSTITUTION OF ATTORNEY
(CASE NO.: 05-0203)

1 | 206.621.8783 as its attorneys of record in the above-entitled matter, in place of the law firm of
2 | McKenzie & Baker, 2 Embarcadero Center, 24th Floor, San Francisco, California 94111, Tel.
3 | 415.576.3000, Fax 415.576.3099.

4 |
5 | I authorize the above substitution.

6 |
7 | DATED: January 24, 2006     _____
            R.S. LANCASTER, on behalf of
            Defendants RJ FULLWOOD &
8 |         BLAND LIMITED; FULLWOOD LIMITED; and
            FUSION ELECTRONICS, B.V
9 |
10 |
11 | I accept the above substitution.
12 |
13 | DATED: January 26, 2006    COZEN O'CONNOR
14 |
15 |                            By _____
                                  John J. Soltys, Esq.
16 |
17 |
18 | I consent to the above substitution.

19 |
20 | DATED: January 23, 2006    BAKER & MCKENZIE
21 |
22 |                            By _____
                                  Allison S.Y. Chang
23 | SANFRAN1\353265\1 099994.000
24 | SO ORDERED.
25 | DATED:  February 2, 2006.
26 |
27 |                            _____
28 |                            Oliver W. Wanger
                                UNITED STATES DISTRICT JUDGE

SUBSTITUTION OF ATTORNEY
(CASE NO.: 05-0203)